UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>REDFIN CORPORATION, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>   Defendants. | Case No.: 20-CV-2023 TWR (LL)<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL**<br><br>(ECF No. 20) |

   Presently before the Court is the Parties' Joint Stipulated Request for Dismissal Pursuant to Federal Rule of Civil Procedure 41(a) (ECF No. 20).  Good cause appearing, the Court **GRANTS** the Request and **DISMISSES** the action with prejudice.  Each party shall bear her or its own costs, experts' fees, and attorneys' expenses.

   **IT IS SO ORDERED.**

Dated:  December 7, 2021

_____
Honorable Todd W. Robinson
United States District Judge